CHICAGO TITLE AND TRUST COMPANY, Respondent, v. WILLIAM FOX, Appellant, Impleaded with FOX THEATRES CORPORATION, Respondent, and JOHN F. SHERMAN and Others, Additional Defendants.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion in all respects granted. No opinion. The date for the examination to proceed and the period to be covered by the examination to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

SHIRLEY LABELLE, Respondent, v. MAX BAER, Appellant.— Order affirmed, with twenty dollars costs and disbursements, without prejudice to renewal unless plaintiff's new address is ascertained by defendant or furnished by plaintiff's counsel upon demand by March 1, 1935. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Merrell and Martin, JJ., dissent and vote for affirmance.

SHIRLEY LABELLE, Respondent, v. MAX BAER, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

1480 POPHAM CORPORATION, Appellant, v. 1480 HOLDING CORPORATION, 1480 ESTATES, INC., and MCNULTY BROS. COAL CO., INC., Respondents, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements to the respondents 1480 Holding Corporation and 1480 Estates, Inc. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of AUDUBON PAINTING DECORATING CORPORATION, Assignor, Respondent, to BERTHA FRIEDMAN, Assignee, Respondent. GLOBE PAINT AND SUPPLY COMPANY and S. GOLDSTEIN & SON, Judgment Creditors, Appellants.— Order affirmed, with twenty dollars costs and disbursements to the assignee, respondent. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

FRANK J. McCARTHY, Appellant, v. MEENAN OIL CO., INC., and MEENAN COAL CO., INC., Respondents.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

GOLD SEAL ELECTRICAL CO., INC., Appellant, v. BENJ. PLATT, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the NATIONAL AUTOMOBILE MUTUAL CASUALTY COMPANY, Respondent. FRANCIS E. COCKS, Claimant, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of THE BANK OF UNITED STATES, in Liquidation. In the Matter of the Application of THE SUPERINTENDENT OF BANKS for a Determination of Priority of Payment of Claims Pursuant to Section 78 of the Banking Law. Claim of FREDA FEINBLATT, No. 6-6519. FREDA FEINBLATT, Respondent; SUPERINTENDENT OF BANKS OF THE STATE OF NEW YORK, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion to confirm referee's report granted and the cross-motion to reject said report denied. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.